208-15
209-15

# ELECTRONIC RECORD

COA #    05-14-00278-CR            OFFENSE: OTHER CRIMINAL

STYLE:   The State of Texas v. Jarquis D.     COUNTY:  Dallas
         Jackson

COA DISPOSITION:    REVREM        TRIAL COURT: County Criminal Court No. 3

DATE: 01/21/2015        Publish: NO   TC CASE #:    MB13-62072


# IN THE COURT OF CRIMINAL APPEALS

209-15
209-15

STYLE:   The State of Texas v. Jarquis D.     CCA #:
         Jackson

___APPELLEE'S___ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:    _____

___REFUSED___                 JUDGE:   _____

DATE: ___04/29/2015___        SIGNED: _____    PC: _____

JUDGE: ___Per Curiam___       PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____


# ELECTRONIC RECORD